IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| IN RE: BRUCE T. SLOAN | ) |
| LISA A. SLOAN | ) CHAPTER 13 |
| **Debtor(s)** | ) |
| | ) CASE NO. 15-15104 (MDC) |
| JPMORGAN CHASE BANK, N.A. | ) |
| **Moving Party** | ) HEARING DATE: **5-26-16 at 11:00 am** |
| | ) |
| v. | ) |
| BRUCE T. SLOAN | ) 11 U.S.C. 362 |
| LISA A. SLOAN | ) |
| BRIAN MAXWELL SLOAN | ) 11 U.S.C. 1301 |
| **Respondent(s)** | ) |
| | ) |
| WILLIAM C. MILLER | ) |
| **Trustee** | ) |

**ORDER APPROVING STIPULATION**

IT IS HEREBY ORDERED that the Stipulation between JPMorgan Chase Bank, N.A. and the Debtors in settlement of the Motion For Stay Relief And Co-Debtor Relief, and filed on or about July 1, 2016, in the above matter is APPROVED and is hereby made an Order of this Court.

Dated: July 12, 2016

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE