United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 15-15104-mdc
Bruce T. Sloan                                                            Chapter 13
Lisa A. Sloan
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: ChrissyW            Page 1 of 1            Date Rcvd: Jul 13, 2016
                              Form ID: pdf900           Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 15, 2016.
db/jdb         +Bruce T. Sloan,   Lisa A. Sloan,   5740 Wissahickon Avenue,   Philadelphia, PA 19144-5601
cr             +JPMorgan Chase Bank, N.A.,   201 N Central Ave, Fl 11,   Phoenix, AZ 85004-1071

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2016                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 13, 2016 at the address(es) listed below:
          ANDREW F GORNALL    on behalf of Creditor   M&T Bank agornall@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          JOHN L. MCCLAIN    on behalf of Joint Debtor Lisa A. Sloan aaamcclain@aol.com,
           edpabankcourt@aol.com
          JOHN L. MCCLAIN    on behalf of Debtor Bruce T. Sloan aaamcclain@aol.com,   edpabankcourt@aol.com
          JONATHAN WILKES CHATHAM    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy7@pa.gov
          LEEANE O. HUGGINS    on behalf of Creditor    NATIONSTAR MORTGAGE LLC pabk@logs.com
          MATTHEW CHRISTIAN WALDT    on behalf of Creditor    NATIONSTAR MORTGAGE LLC mwaldt@milsteadlaw.com,
           bkecf@milsteadlaw.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
          WILLIAM EDWARD CRAIG    on behalf of Creditor    JPMorgan Chase Bank, N.A.
           mortonlaw.bcraig@verizon.net,    mhazlett@mortoncraig.com
                                                                                             TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| IN RE: BRUCE T. SLOAN ) | |
|     LISA A. SLOAN ) | CHAPTER 13 |
|     **Debtor(s)** ) | |
| ) | CASE NO. 15-15104 (MDC) |
| JPMORGAN CHASE BANK, N.A. ) | |
|     **Moving Party** ) | HEARING DATE: **5-26-16 at 11:00 am** |
| ) | |
|     v. ) | |
| BRUCE T. SLOAN ) | 11 U.S.C. 362 |
| LISA A. SLOAN ) | |
|  BRIAN MAXWELL SLOAN ) | 11 U.S.C. 1301 |
|     **Respondent(s)** ) | |
| ) | |
| WILLIAM C. MILLER ) | |
|     **Trustee** ) | |
| ) | |

**ORDER APPROVING STIPULATION**

IT IS HEREBY ORDERED that the Stipulation between JPMorgan Chase Bank, N.A. and the Debtors in settlement of the Motion For Stay Relief And Co-Debtor Relief, and filed on or about July 1, 2016, in the above matter is APPROVED and is hereby made an Order of this Court.

Dated: July 12, 2016

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE