United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Bruce T. Sloan
Lisa A. Sloan
    Debtors

Case No. 15-15104-mdc
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Antoinett     Page 1 of 1     Date Rcvd: Apr 05, 2017
                     Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 07, 2017.
db/jdb         +Bruce T. Sloan,    Lisa A. Sloan,    5740 Wissahickon Avenue,    Philadelphia, PA 19144-5601

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                                         TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 07, 2017                                Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 5, 2017 at the address(es) listed below:
         ANDREW F GORNALL    on behalf of Creditor    M&T Bank agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
         JOHN L. MCCLAIN    on behalf of Joint Debtor Lisa A. Sloan aaamcclain@aol.com, edpabankcourt@aol.com
         JOHN L. MCCLAIN    on behalf of Debtor Bruce T. Sloan aaamcclain@aol.com, edpabankcourt@aol.com
         JONATHAN WILKES CHATHAM    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy7@pa.gov
         KEVIN S. FRANKEL    on behalf of Creditor    NATIONSTAR MORTGAGE LLC pa-bk@logs.com
         LEEANE O. HUGGINS    on behalf of Creditor    NATIONSTAR MORTGAGE LLC pabk@logs.com
         Lois M. Vitti    on behalf of Creditor    Freedom Mortgage Corporation loismvitti@vittilaw.com
         MATTHEW CHRISTIAN WALDT    on behalf of Creditor    NATIONSTAR MORTGAGE LLC mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
         THOMAS I. PULEO    on behalf of Creditor    M&T Bank tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
         WILLIAM EDWARD CRAIG    on behalf of Creditor    JPMorgan Chase Bank, N.A. mortonlaw.bcraig@verizon.net, mhazlett@mortoncraig.com
                                                                                                                                                                                                                    TOTAL: 12

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA (PHILADELPHIA)

| | | |
|---|---|---|
| In RE: Bruce T. Sloan and<br>Lisa A. Sloan, | | Case No. 15-15104 |
| Debtors, | | Judge: Magdeline D. Coleman |
| Freedom Mortgage Corporation,<br>Movant,<br>Vs.<br>Bruce T. Sloan and<br>Lisa A. Sloan,<br>Respondents,<br>William C. Miller,<br>Trustee. | | Chapter 13 |

## STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. This Stipulation will govern all post-petition payments due and owing to Movant including those that become due after the arrears as set forth below are cured.

2. The post-petition arrearage through on the mortgage held by Movant on Debtor's property located at 5740 Wissahickon Avenue, Philadelphia, PA 19144 is $15,669.80. These arrears include the following:

| | |
|---|---|
| Payments: 9/16-11/1/16 at $3,585.17 | |
| 12/1/16-02/01/17 at $3,547.43 | $21,397.80 |
| Suspense: | $6,754.00 |
| Attorney Fee: | $850.00 |
| Court Filing Costs: | $176.00 |
| **TOTAL ARREARS** | **$15,669.80** |

3. Debtor shall cure the arrearage in the following manner: Beginning and continuing until the arrearage is cured, Debtor shall make payments in an amount representing the full monthly payment due on the mortgage as provided below commencing on March 1, 2017, plus the additional sum of $15,669.80 to bring current post petition arrears. The Stipulation payment in the amount of $2,611.64 is to commence on March 15, 2017 and conclude on August 15, 2017.

4. If funds are not received prior to the 15th of the month, then the payment shall include all applicable late charges.

5. All payments are to be in Certified funds, Money Order or Bank Cashier's check and shall be made directly to Freedom Mortgage Corporation at 10500 Kincaid Drive, Fishers, IN 46037.

6. Debtor shall promptly cure any default in the Chapter 13 plan with respect to pre-petition arrearage, if any; shall remain in timely compliance with Debtor's Chapter 13 plan; and shall make the regular post-petition monthly mortgage payment due to Movant as that amount may be adjusted from time to time in accordance with standard escrow practices.

7. Movant may accept or reject payments which are insufficient to cure any delinquency under this Stipulation and acceptance thereof shall not constitute a waiver of the default which remains after such acceptance.

8. In the event that Debtor fails to make any of the payments set forth above, Movant shall notify Debtor and Debtor's attorney of the default in writing and Debtor may cure the default within 10 days of the notice. If Debtor fails to cure the default within 10 days, Movant may file a Certification of Default with the Court and the Court shall enter an order granting Movant relief from the Automatic Stay. In any hearing concerning a Certification of Default, Debtor shall have

the burden of proof that he has made all payments as required herein.

03/16/2017
Date

Lois M. Vitti, Esquire
Attorney for Movant

3/14/17
Date

John L. McClain, Esquire / Mitchel J. Ponce, ESQ.
Attorney for Debtor

3/11/17
Date

Bruce T. Sloan, Debtor

3/11/17
Date

Lisa A. Sloan, Debtor

3/28/17
Date

Chapter 13 Trustee  No objection *without prejudice to any trustee rights or remedies

Approved:

April 5, 2017
Date

The Honorable Magdeline D. Coleman