United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Bruce T. Sloan
Lisa A. Sloan
     Debtors

Case No. 15-15104-mdc
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Antoinett     Page 1 of 1     Date Rcvd: Oct 05, 2017
Form ID: trc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 07, 2017.
13617757   ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
           (address filed with court: Nationstar Mortgage LLC,   ATTN: Bankruptcy Department,
             PO Box 619096,   Dallas, TX 75261-9741)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 07, 2017                   Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 5, 2017 at the address(es) listed below:

      ANDREW F GORNALL   on behalf of Creditor   M&T Bank agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
      JOHN L. MCCLAIN   on behalf of Joint Debtor Lisa A. Sloan aaamcclain@aol.com, edpabankcourt@aol.com
      JOHN L. MCCLAIN   on behalf of Debtor Bruce T. Sloan aaamcclain@aol.com, edpabankcourt@aol.com
      JONATHAN WILKES CHATHAM   on behalf of Creditor   PA Dept of Revenue RA-occbankruptcy7@pa.gov
      KEVIN S. FRANKEL   on behalf of Creditor    NATIONSTAR MORTGAGE LLC pa-bk@logs.com
      KEVIN S. FRANKEL   on behalf of Creditor    Selene Finance L.P. as servicer for MTGLQ Investors, L.P. pa-bk@logs.com
      LEEANE O. HUGGINS    on behalf of Creditor    NATIONSTAR MORTGAGE LLC pabk@logs.com
      Lois M. Vitti    on behalf of Creditor    Freedom Mortgage Corporation loismvitti@vittilaw.com, nicole@vittilaw.com
      MATTHEW CHRISTIAN WALDT    on behalf of Creditor    NATIONSTAR MORTGAGE LLC mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
      THOMAS I. PULEO    on behalf of Creditor    M&T Bank tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
      WILLIAM EDWARD CRAIG    on behalf of Creditor    JPMorgan Chase Bank, N.A. ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                 TOTAL: 13

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 15-15104-mdc
Chapter 13

In re: Debtor(s) (including Name and Address)

Bruce T. Sloan
5740 Wissahickon Avenue
Philadelphia PA 19144

Lisa A. Sloan
5740 Wissahickon Avenue
Philadelphia PA 19144

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 10/05/2017.

Name and Address of Alleged Transferor(s):

Claim No. 6: Nationstar Mortgage LLC, ATTN: Bankruptcy Department, PO Box 619096, Dallas, TX 75261-9741

Name and Address of Transferee:

MTGLQ Investors, L.P.
c/o Selene Finance L.P.
9990 Richmond Avenue, Suite 400S
Houston, TX 77042

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  10/07/17

Tim McGrath
**CLERK OF THE COURT**