United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Bruce T. Sloan
Lisa A. Sloan
    Debtors

Case No. 15-15104-mdc
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: ChrissyW     Page 1 of 1     Date Rcvd: May 23, 2019
Form ID: trc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 25, 2019.
13889987    +Aurora Financial Group, Inc.,   c/o Freedom Mortgage Corporation,   10500 Kincaid Drive,   Fishers, IN 46037-9749

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

***** BYPASSED RECIPIENTS *****
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2019                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 23, 2019 at the address(es) listed below:
      ANDREW F GORNALL   on behalf of Creditor   M&T Bank agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
      BRIAN E. CAINE   on behalf of Creditor   U.S. Bank Trust National Association as Trustee of Chalet Series III Trust bcaine@parkermccay.com, BKcourtnotices@parkermccay.com
      JOHN L. MCCLAIN   on behalf of Debtor Bruce T. Sloan aaamcclain@aol.com, edpabankcourt@aol.com
      JOHN L. MCCLAIN   on behalf of Joint Debtor Lisa A. Sloan aaamcclain@aol.com, edpabankcourt@aol.com
      JONATHAN WILKES CHATHAM   on behalf of Creditor   PA Dept of Revenue RA-occbankruptcy7@pa.gov
      KEVIN G. MCDONALD   on behalf of Creditor   Aurora Financial Group, Inc. bkgroup@kmllawgroup.com
      KEVIN S. FRANKEL   on behalf of Creditor   NATIONSTAR MORTGAGE LLC pa-bk@logs.com
      KEVIN S. FRANKEL   on behalf of Creditor   Selene Finance L.P. as servicer for MTGLQ Investors, L.P. pa-bk@logs.com
      LEEANE O. HUGGINS   on behalf of Creditor   NATIONSTAR MORTGAGE LLC pabk@logs.com
      Lois M. Vitti   on behalf of Creditor   Freedom Mortgage Corporation loismvitti@vittilaw.com, nicole@vittilaw.com
      MATTHEW CHRISTIAN WALDT   on behalf of Creditor   NATIONSTAR MORTGAGE LLC mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
      THOMAS I. PULEO   on behalf of Creditor   M&T Bank tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
      United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com, philaecf@gmail.com
      WILLIAM EDWARD CRAIG   on behalf of Creditor   JPMorgan Chase Bank, N.A. ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                      TOTAL: 15

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 15-15104-mdc
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Bruce T. Sloan<br>5740 Wissahickon Avenue<br>Philadelphia PA 19144 | Lisa A. Sloan<br>5740 Wissahickon Avenue<br>Philadelphia PA 19144 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 05/23/2019.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 9: Aurora Financial Group, Inc., c/o Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037 | Aurora Financial Group, Inc<br>c/o Flagstar Bank<br>P. O. Box 660263<br>Dallas, TX 75299 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   05/25/19

Tim McGrath
**CLERK OF THE COURT**