```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania
In re:                                                              Case No. 15-15104-mdc
Bruce T. Sloan                                                      Chapter 13
Lisa A. Sloan
        Debtors                      CERTIFICATE OF NOTICE
District/off: 0313-2          User: Randi                 Page 1 of 3                  Date Rcvd: Sep 16, 2020
                              Form ID: 138NEW             Total Noticed: 35


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 18, 2020.
db/jdb         +Bruce T. Sloan,    Lisa A. Sloan,    5740 Wissahickon Avenue,    Philadelphia, PA 19144-5601
cr            ++JPMORGAN CHASE BANK N A,     BANKRUPTCY MAIL INTAKE TEAM,    700 KANSAS LANE FLOOR 01,
                 MONROE LA 71203-4774
               (address filed with court:     JPMorgan Chase Bank, N.A.,    201 N Central Ave, Fl 11,
                 Phoenix, AZ 85004)
cr             +Selene Finance L.P. as servicer for MTGLQ Investor,     9990 Richmond Avenue,    Suite 400S,
                 Houston, TX 77042-8500
13565515       +Acs Inc,    Attn: Bankruptcy,    PO Box 56317,    Philadelphia, PA 19130-6317
13565516       +Aurora Financial Gr In,     9 Eves Dr, Suite 109,    Marlton, NJ 08053-8114
14307313       +Aurora Financial Group, Inc,     c/o Kevin G. McDonald, Esquire,    KML Law Group, P.C.,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14330922       +Aurora Financial Group, Inc,     c/o Flagstar Bank,    P. O. Box 660263,    Dallas, TX 75266-0263
13889987       +Aurora Financial Group, Inc.,     c/o Freedom Mortgage Corporation,    10500 Kincaid Drive,
                 Fishers, IN 46037-9749
13640027       +Blake D Jordan a/s/o NGM Insurance Co.,     c/o Craig / is LTD.,    P.O. Box 40569,
                 Jacksonville, FL. 32203-0569
13565522       +Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
13821464       +Freedom Mortgage Corporation,     10500 Kincaid Drive,    Fishers, IN 46037-9764
13565525       +John L. McClain and Associates,     PO Box 123,    Narberth, PA 19072-0123
13565526       +KML Law Group, PC,    701 Market Street,    Philadelphia, PA 19106-1538
13600449       +Lisa C. Harding, Esquire,     1500 Walnut Street, STE 900,    Philadelphia, PA 19102-3518
13640039       +Maryell Jordan a/s/o NGM Insurance Co.,     c/o Craig / is LTD.,    P.O. Box 40569,
                 Jacksonville, FL. 32203-0569
13617757      ++NATIONSTAR MORTGAGE LLC,     PO BOX 619096,   DALLAS TX 75261-9096
               (address filed with court:     Nationstar Mortgage LLC,    ATTN: Bankruptcy Department,
                 PO Box 619096,    Dallas, TX 75261-9741)
13600451       +Nathan Avery a.k.a. Wellbult Remodelers,     28 E. Springer Street,    Philadelphia, PA 19119-2241
13565529        Nationstar Mortgage,    PO Box 60516,    City of Industry, CA 91716-0516
13565530       +Shapiro & Denardo, LLC,     3600 Horizon Dr., Ste 150,    King of Prussia, PA 19406-4702
13565531       +Trojan Professional Se,     PO Box 1270,   Los Alamitos, CA 90720-1270
14254125        U.S. Bank Trust National Association, et al,     c/o SN Servicing Corporation,    P.O. Box 660820,
                 Dallas, TX 75266-0820

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Sep 17 2020 05:27:42      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 17 2020 05:27:15      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
13565517       +E-mail/Text: EBN_IndianapolisIMC@receivemorermp.com Sep 17 2020 05:27:56
                 Berks Credit & Coll,    P.o. Box 329,    Temple, PA 19560-0329
13565520        E-mail/Text: Bankruptcy.RI@Citizensbank.com Sep 17 2020 05:20:49      Citizens Bank,
                 1 Citizens Dr,    Riverside, RI 02915
13565519       +E-mail/Text: bk.notifications@jpmchase.com Sep 17 2020 05:26:28      Chase Auto,
                 Attn:National Bankruptcy Dept,    PO Box 29505,    Phoenix, AZ 85038-9505
13565521       +E-mail/Text: bankruptcy_notifications@ccsusa.com Sep 17 2020 05:27:53
                 Credit Collections Svc,    PO Box 773,    Needham, MA 02494-0918
13579095       +E-mail/Text: compliance@iqdata-inc.com Sep 17 2020 05:28:00      I.Q. Data International,
                 PO Box 2130,    Everett, WA 98213-0130
13565524        E-mail/Text: sbse.cio.bnc.mail@irs.gov Sep 17 2020 05:21:01      IRS,    Fresno, CA 93888-0419
13565523       +E-mail/Text: compliance@iqdata-inc.com Sep 17 2020 05:28:00      Iq Data International,
                 Po Box 3568,    Everett, WA 98213-8568
13626828        E-mail/Text: bk.notifications@jpmchase.com Sep 17 2020 05:26:28      JPMorgan Chase Bank N.A.,
                 National Bankruptcy Department,    P.O.Box 29505 AZ1-1191,    Phoenix , AZ 85038-9505
13565528        E-mail/Text: camanagement@mtb.com Sep 17 2020 05:21:06      M & T Bank,    Attn: Bankruptcy,
                 1100 Wehrle Dr  2nd Floor,    Williamsville, NY 14221
13581203        E-mail/Text: camanagement@mtb.com Sep 17 2020 05:21:06      M&T BANK,    PO BOX 1288,
                 Buffalo, NY 14240
13994337       +E-mail/Text: bkteam@selenefinance.com Sep 17 2020 05:20:55      MTGLQ Investors, L.P.,
                 c/o Selene Finance L.P.,    9990 Richmond Avenue, Suite 400S,    Houston, TX 77042-8500
13586541        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 17 2020 05:26:51
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA 17128-0946
                                                                                              TOTAL: 14

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             MTGLQ Investors, L.P.
```

```
District/off: 0313-2          User: Randi                Page 2 of 3                  Date Rcvd: Sep 16, 2020
                              Form ID: 138NEW            Total Noticed: 35

smg*             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                   Harrisburg, PA 17128-0946
cr*             +Freedom Mortgage Corporation,    10500 Kincaid Drive,    Fishers, IN 46037-9764
13600437*       +Acs Inc,    Attn: Bankruptcy,    PO Box 56317,    Philadelphia, PA 19130-6317
13640024*       +Acs Inc,    Attn: Bankruptcy,    PO Box 56317,    Philadelphia, PA 19130-6317
13600438*       +Aurora Financial Gr In,    9 Eves Dr, Suite 109,    Marlton, NJ 08053-8114
13640025*       +Aurora Financial Gr In,    9 Eves Dr, Suite 109,    Marlton, NJ 08053-8114
13600439*       +Berks Credit & Coll,    P.o. Box 329,    Temple, PA 19560-0329
13640026*       +Berks Credit & Coll,    P.o. Box 329,    Temple, PA 19560-0329
13565518*       +Bruce T. Sloan,    5740 Wissahickon Avenue,    Philadelphia, PA 19144-5601
13600442*      ++CITIZENS BANK N A,     ATTN BANKRUPTCY TEAM,    ONE CITIZENS BANK WAY,    JCA115,
                   JOHNSTON RI 02919-1922
                 (address filed with court:  Citizens Bank,    1 Citizens Dr,    Riverside, RI 02915)
13640029*      ++CITIZENS BANK N A,     ATTN BANKRUPTCY TEAM,    ONE CITIZENS BANK WAY,    JCA115,
                   JOHNSTON RI 02919-1922
                 (address filed with court:  Citizens Bank,    1 Citizens Dr,    Riverside, RI 02915)
13600441*       +Chase Auto,    Attn:National Bankruptcy Dept,    PO Box 29505,    Phoenix, AZ 85038-9505
13640028*       +Chase Auto,    Attn:National Bankruptcy Dept,    PO Box 29505,    Phoenix, AZ 85038-9505
13600443*       +Credit Collections Svc,    PO Box 773,    Needham, MA 02494-0918
13640030*       +Credit Collections Svc,    PO Box 773,    Needham, MA 02494-0918
13600444*       +Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
13640031*       +Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
13600446*        IRS,    Fresno, CA 93888-0419
13640034*        IRS,    Fresno, CA 93888-0419
13600445*       +Iq Data International,    Po Box 3568,    Everett, WA 98213-8568
13640032*       +Iq Data International,    Po Box 3568,    Everett, WA 98213-8568
13600447*       +John L. McClain and Associates,    PO Box 123,    Narberth, PA 19072-0123
13640035*       +John L. McClain and Associates,    PO Box 123,    Narberth, PA 19072-0123
13600440*       +KML Law Group, PC,    701 Market Street,    Philadelphia, PA 19106-1538
13600448*       +KML Law Group, PC,    701 Market Street,    Philadelphia, PA 19106-1538
13640036*       +KML Law Group, PC,    701 Market Street,    Philadelphia, PA 19106-1538
13565527*       +Lisa A. Sloan,    5740 Wissahickon Avenue,    Philadelphia, PA 19144-5601
13640037*       +Lisa C. Harding, Esquire,    1500 Walnut Street, STE 900,    Philadelphia, PA 19102-3518
13600450*      ++M&T BANK,     LEGAL DOCUMENT PROCESSING,    626 COMMERCE DRIVE,    AMHERST NY 14228-2307
                 (address filed with court:  M & T Bank,    Attn: Bankruptcy,    1100 Wehrle Dr 2nd Floor,
                   Williamsville, NY 14221)
13640038*      ++M&T BANK,     LEGAL DOCUMENT PROCESSING,    626 COMMERCE DRIVE,    AMHERST NY 14228-2307
                 (address filed with court:  M & T Bank,    Attn: Bankruptcy,    1100 Wehrle Dr 2nd Floor,
                   Williamsville, NY 14221)
13640040*       +Nathan Avery a.k.a. Wellbult Remodelers,    28 E. Springer Street,    Philadelphia, PA 19119-2241
13600452*        Nationstar Mortgage,    PO Box 60516,    City of Industry, CA 91716-0516
13640041*        Nationstar Mortgage,    PO Box 60516,    City of Industry, CA 91716-0516
13600453*       +Shapiro & Denardo, LLC,    3600 Horizon Dr., Ste 150,    King of Prussia, PA 19406-4702
13640042*       +Shapiro & Denardo, LLC,    3600 Horizon Dr., Ste 150,    King of Prussia, PA 19406-4702
13600454*       +Trojan Professional Se,    PO Box 1270,    Los Alamitos, CA 90720-1270
13640044*       +Trojan Professional Se,    PO Box 1270,    Los Alamitos, CA 90720-1270
                                                                                           TOTALS: 1, * 37, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2020                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 16, 2020 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor   M&T Bank agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              BRIAN E. CAINE    on behalf of Creditor   U.S. Bank Trust National Association as Trustee of
               Chalet Series III Trust bcaine@parkermccay.com, BKcourtnotices@parkermccay.com
              JOHN L. MCCLAIN    on behalf of Joint Debtor Lisa A. Sloan aaamcclain@aol.com,
               edpabankcourt@aol.com

```
District/off: 0313-2              User: Randi                Page 3 of 3                  Date Rcvd: Sep 16, 2020
                                  Form ID: 138NEW            Total Noticed: 35


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              JOHN L. MCCLAIN    on behalf of Debtor Bruce T. Sloan aaamcclain@aol.com, edpabankcourt@aol.com
              JONATHAN WILKES CHATHAM    on behalf of Creditor   PA Dept of Revenue RA-occbankruptcy7@pa.gov
              KEVIN G. MCDONALD    on behalf of Creditor   Aurora Financial Group, Inc. bkgroup@kmllawgroup.com
              KEVIN S. FRANKEL    on behalf of Creditor   NATIONSTAR MORTGAGE LLC pa-bk@logs.com
              KEVIN S. FRANKEL    on behalf of Creditor   Selene Finance L.P. as servicer for MTGLQ Investors,
               L.P. pa-bk@logs.com
              LEEANE O. HUGGINS    on behalf of Creditor   NATIONSTAR MORTGAGE LLC pabk@logs.com
              Lois M. Vitti    on behalf of Creditor   Freedom Mortgage Corporation loismvitti@vittilaw.com,
               nicole@vittilaw.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor   NATIONSTAR MORTGAGE LLC mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor   Aurora Financial Group, Inc. bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor   M&T Bank tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor   JPMorgan Chase Bank, N.A. ecfmail@mortoncraig.com,
               mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 17
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Bruce T. Sloan and Lisa A. Sloan
   Debtor(s)               Bankruptcy No: 15–15104–mdc
                           Chapter: 13

___

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

 1. The Standing Chapter 13 Trustee has filed his final report and account.

☑ 2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑ 3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

 4. All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
       Philadelphia, PA 19107

 5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                      For The Court
                     Timothy B. McGrath
                      Clerk of Court

Dated: 9/16/20

                           115 – 114
                        Form 138_new