United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Bruce T. Sloan  
Lisa A. Sloan  
    Debtors

Case No. 15-15104-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Randi    Page 1 of 1    Date Rcvd: Sep 16, 2020  
                Form ID: 212    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 18, 2020.  
db/jdb        +Bruce T. Sloan,    Lisa A. Sloan,    5740 Wissahickon Avenue,    Philadelphia, PA 19144-5601

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                             TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2020                                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 16, 2020 at the address(es) listed below:

        ANDREW F GORNALL    on behalf of Creditor    M&T Bank agornall@kmllawgroup.com, bkgroup@kmllawgroup.com  
        BRIAN E. CAINE    on behalf of Creditor    U.S. Bank Trust National Association as Trustee of Chalet Series III Trust bcaine@parkermccay.com, BKcourtnotices@parkermccay.com  
        JOHN L. MCCLAIN    on behalf of Joint Debtor Lisa A. Sloan aaamcclain@aol.com, edpabankcourt@aol.com  
        JOHN L. MCCLAIN    on behalf of Debtor Bruce T. Sloan aaamcclain@aol.com, edpabankcourt@aol.com  
        JONATHAN WILKES CHATHAM    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy7@pa.gov  
        KEVIN G. MCDONALD    on behalf of Creditor    Aurora Financial Group, Inc. bkgroup@kmllawgroup.com  
        KEVIN S. FRANKEL    on behalf of Creditor    NATIONSTAR MORTGAGE LLC pa-bk@logs.com  
        KEVIN S. FRANKEL    on behalf of Creditor    Selene Finance L.P. as servicer for MTGLQ Investors, L.P. pa-bk@logs.com  
        LEEANE O. HUGGINS    on behalf of Creditor    NATIONSTAR MORTGAGE LLC pabk@logs.com  
        Lois M. Vitti    on behalf of Creditor    Freedom Mortgage Corporation loismvitti@vittilaw.com, nicole@vittilaw.com  
        MATTHEW CHRISTIAN WALDT    on behalf of Creditor    NATIONSTAR MORTGAGE LLC mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com  
        REBECCA ANN SOLARZ    on behalf of Creditor    Aurora Financial Group, Inc. bkgroup@kmllawgroup.com  
        THOMAS I. PULEO    on behalf of Creditor    M&T Bank tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com  
        WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com  
        WILLIAM EDWARD CRAIG    on behalf of Creditor    JPMorgan Chase Bank, N.A. ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

                                                                                                                                                                         TOTAL: 17

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

| | |
|---|---|
| In Re: | Chapter: 13 |
| Bruce T. Sloan and Lisa A. Sloan | |
| Debtor(s) | Case No: 15–15104–mdc |

___

*ORDER*

AND NOW, 9/16/20 , it appearing that the debtor must file either a statement regarding completion of a course in personal financial management, see 11 U.S.C. § 1328(g)(1), or a request for a waiver from this requirement, see 11 U.S.C. § 109(h)(4),

Additionally, it appearing that the debtor must file a certification regarding domestic support obligations and Section 522(q), see 11 U.S.C. §1328(a),

And the statement regarding personal financial management and the domestic support obligation certification were due no later than the last payment made by the debtor as required by the plan or the filing of a motion for entry of a discharge under § 1328(b), see Bankruptcy Rule 1007(c),

Accordingly, it is hereby ORDERED that the debtor shall have 14 (fourteen) days from the date of this order to file

☐ A statement regarding completion of an instructional course concerning personal financial management, (Official Form B423) or a request for a waiver from such requirement.

☑ A certification regarding domestic support obligations and Section 522(q), (Director's Form B2830);

If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without the debtor receiving his/her chapter 13 discharge.

For The Court

Magdeline D. Coleman

Chief Judge ,United States Bankruptcy Court

116
Form 212