Nathan W. Avery

6459 Morton St Philadelphia Pa. 19119

Email nathanw.avery@gmail.com 215-275-6051

09-30-2020

To: Clerk of Court

Re: objection to discharge

Dear Sirs

I am asking the courts not to enter a Order of Discharge for bankruptcy No. 15-15104-mdc for Bruce T. and Lisa A. Sloan ( Debtors)

As of this date no payments have been made to Nathan Avery or Well-built Remodelers according to the judgement entered in Common Pleas Court on july 15 2015

The Sloans have made no attempt to satisfy this judgement to date and are trying to use the courts to steal from me and my company .

Unfortunately I receive a Notice of Deadlines dated 09-16-2020 on 09-28-30 which only gave me two days to file my objection . I would have liked to get in touch with and hire and attorney to handle this objection however that was not possible with the time constraints .

I am however filing this OBJECTION to the Order of Discharge for Bankruptcy No. 15-15104-mdc for Bruce T. and Lisa A. Sloan ( Debtor's)

Kind Regards

Nathan W. Avery



FILED
2020 SEP 30 PM 1:33
U.S. BANKRUPTCY COURT