**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: : Chapter 13
    Sloan, Bruce T.
    Sloan, Lisa A.
        Debtor(s) : 15-15104 mdc

:

**ORDER TERMINATING WAGE ORDER**

    **AND NOW,** this 10th day of November 2020, upon consideration of the Debtor's counsel's Application to Terminate Wage Order, it is hereby

    **ORDERED**, that the wage order previously entered in this case, directing Abington Memorial Hospital to make monthly payments on behalf the debtor to the chapter 13 trustee, is hereby terminated.

        BY THE COURT

        *Magdeline D. Coleman*
        _____
        MAGDELINE D. COLEMAN
        CHIEF U.S. BANKRUPTCYJUDGE

Abington Memorial Hospital
1200 Old York Rd
Abington, PA 19001


John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123

Sloan, Bruce T.
Sloan, Lisa A.
5740 Wissahickon Avenue
Philadelphia, PA 19144


William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106


GSNSC Adminstrative Services LLC
600 Cathedral Rd
Philadelphia, PA 19138