United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-15104-mdc |
| Bruce T. Sloan | Chapter 13 |
| Lisa A. Sloan | |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: Adminstra | Page 1 of 2 |
| Date Rcvd: Nov 12, 2020 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 14, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Bruce T. Sloan, Lisa A. Sloan, 5740 Wissahickon Avenue, Philadelphia, PA 19144-5601 |
| | + Abington Memorial Hospital, 1200 Old York Road, Abington, PA 19001-3788 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Nov 14, 2020 | Signature: | /s/Joseph Speetjens |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 12, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW F GORNALL | |
| | on behalf of Creditor M&T Bank agornall@kmllawgroup.com  bkgroup@kmllawgroup.com |
| BRIAN E. CAINE | |
| | on behalf of Creditor U.S. Bank Trust National Association as Trustee of Chalet Series III Trust bcaine@parkermccay.com BKcourtnotices@parkermccay.com |
| JOHN L. MCCLAIN | |
| | on behalf of Joint Debtor Lisa A. Sloan aaamcclain@aol.com  edpabankcourt@aol.com |
| JOHN L. MCCLAIN | |
| | on behalf of Debtor Bruce T. Sloan aaamcclain@aol.com  edpabankcourt@aol.com |
| JOHN L. MCCLAIN | |

Case 15-15104-mdc    Doc 124    Filed 11/14/20    Entered 11/15/20 00:50:02    Desc
Imaged Certificate of Notice    Page 2 of 3

| | | |
|---|---|---|
| District/off: 0313-2 | User: Adminstra | Page 2 of 2 |
| Date Rcvd: Nov 12, 2020 | Form ID: pdf900 | Total Noticed: 2 |

| | |
|---|---|
| | on behalf of Defendant Bruce T. Sloan aaamcclain@aol.com edpabankcourt@aol.com |
| JOHN L. MCCLAIN | |
| | on behalf of Defendant Lisa A. Sloan aaamcclain@aol.com edpabankcourt@aol.com |
| JONATHAN WILKES CHATHAM | |
| | on behalf of Creditor PA Dept of Revenue RA-occbankruptcy7@pa.gov |
| KEVIN G. MCDONALD | |
| | on behalf of Creditor Aurora Financial Group  Inc. bkgroup@kmllawgroup.com |
| KEVIN S. FRANKEL | |
| | on behalf of Creditor NATIONSTAR MORTGAGE LLC pa-bk@logs.com |
| KEVIN S. FRANKEL | |
| | on behalf of Creditor Selene Finance L.P. as servicer for MTGLQ Investors  L.P. pa-bk@logs.com |
| LEEANE O. HUGGINS | |
| | on behalf of Creditor NATIONSTAR MORTGAGE LLC pabk@logs.com |
| Lois M. Vitti | |
| | on behalf of Creditor Freedom Mortgage Corporation loismvitti@vittilaw.com nicole@vittilaw.com |
| MATTHEW CHRISTIAN WALDT | |
| | on behalf of Creditor NATIONSTAR MORTGAGE LLC mwaldt@milsteadlaw.com bkecf@milsteadlaw.com |
| REBECCA ANN SOLARZ | |
| | on behalf of Creditor Aurora Financial Group  Inc. bkgroup@kmllawgroup.com |
| THOMAS I. PULEO | |
| | on behalf of Creditor M&T Bank tpuleo@kmllawgroup.com bkgroup@kmllawgroup.com |
| United States Trustee | |
| | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | |
| | ecfemails@ph13trustee.com philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | |
| | on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM EDWARD CRAIG | |
| | on behalf of Creditor JPMorgan Chase Bank  N.A. ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com |

TOTAL: 19

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : Chapter 13
    Sloan, Bruce T.
    Sloan, Lisa A.
        Debtor(s) : 15-15104 mdc
:

### ORDER TERMINATING WAGE ORDER

**AND NOW,** this 10th day of November 2020, upon consideration of the Debtor's counsel's Application to Terminate Wage Order, it is hereby

**ORDERED**, that the wage order previously entered in this case, directing Abington Memorial Hospital to make monthly payments on behalf the debtor to the chapter 13 trustee, is hereby terminated.

BY THE COURT

*Magdeline D. Coleman*
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCYJUDGE

Abington Memorial Hospital
1200 Old York Rd
Abington, PA 19001


John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123

Sloan, Bruce T.
Sloan, Lisa A.
5740 Wissahickon Avenue
Philadelphia, PA 19144


William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106


GSNSC Adminstrative Services LLC
600 Cathedral Rd
Philadelphia, PA 19138