United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br>Bruce T. Sloan<br>Lisa A. Sloan<br>    Debtors | Case No. 15-15104-mdc<br>Chapter 13 |

## CERTIFICATE OF NOTICE

District/off: 0313-2　　　　　　　　　　　User: admin　　　　　　　　　　　　　　Page 1 of 2
Date Rcvd: Jan 14, 2021　　　　　　　　　Form ID: 195　　　　　　　　　　　　　Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol　　　Definition**

\+ 　　　　　Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 16, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Bruce T. Sloan, Lisa A. Sloan, 5740 Wissahickon Avenue, Philadelphia, PA 19144-5601 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 16, 2021　　　　　　　　　Signature:　　　/s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 14, 2021 at the address(es) listed below:

| **Name** | **Email Address** |
|---|---|
| ANDREW F GORNALL | on behalf of Creditor M&T Bank agornall@kmllawgroup.com  bkgroup@kmllawgroup.com |
| BRIAN E. CAINE | on behalf of Creditor U.S. Bank Trust National Association as Trustee of Chalet Series III Trust bcaine@parkermccay.com  BKcourtnotices@parkermccay.com |
| JOHN L. MCCLAIN | on behalf of Joint Debtor Lisa A. Sloan aaamcclain@aol.com  edpabankcourt@aol.com |
| JOHN L. MCCLAIN | on behalf of Debtor Bruce T. Sloan aaamcclain@aol.com  edpabankcourt@aol.com |
| JOHN L. MCCLAIN | on behalf of Defendant Bruce T. Sloan aaamcclain@aol.com  edpabankcourt@aol.com |

Case 15-15104-mdc    Doc 128    Filed 01/16/21    Entered 01/17/21 00:46:05    Desc
Imaged Certificate of Notice    Page 2 of 3

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 14, 2021 | Form ID: 195 | Total Noticed: 1 |

JOHN L. MCCLAIN
    on behalf of Defendant Lisa A. Sloan aaamcclain@aol.com edpabankcourt@aol.com

JONATHAN WILKES CHATHAM
    on behalf of Creditor PA Dept of Revenue RA-occbankruptcy7@pa.gov

KEVIN G. MCDONALD
    on behalf of Creditor Aurora Financial Group Inc. bkgroup@kmllawgroup.com

KEVIN S. FRANKEL
    on behalf of Creditor NATIONSTAR MORTGAGE LLC pa-bk@logs.com

KEVIN S. FRANKEL
    on behalf of Creditor Selene Finance L.P. as servicer for MTGLQ Investors L.P. pa-bk@logs.com

LEEANE O. HUGGINS
    on behalf of Creditor NATIONSTAR MORTGAGE LLC pabk@logs.com

Lois M. Vitti
    on behalf of Creditor Freedom Mortgage Corporation loismvitti@vittilaw.com nicole@vittilaw.com

MATTHEW CHRISTIAN WALDT
    on behalf of Creditor NATIONSTAR MORTGAGE LLC mwaldt@milsteadlaw.com bkecf@milsteadlaw.com

REBECCA ANN SOLARZ
    on behalf of Creditor Aurora Financial Group Inc. bkgroup@kmllawgroup.com

THOMAS I. PULEO
    on behalf of Creditor M&T Bank tpuleo@kmllawgroup.com bkgroup@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
    ecfemails@ph13trustee.com philaecf@gmail.com

WILLIAM C. MILLER, Esq.
    on behalf of Trustee WILLIAM C. MILLER Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

WILLIAM EDWARD CRAIG
    on behalf of Creditor JPMorgan Chase Bank N.A. ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 19

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                 : Chapter 13

Bruce T. Sloan and Lisa A. Sloan                        : Case No. 15−15104−mdc
      Debtor(s)

### ORDER
_____

AND NOW, this day , January 14,2021 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Magdeline D. Coleman
Chief Judge , United States Bankruptcy Court